Marilyn Raia, SBN 072320
Ronald L. Richman, SBN 139189
Bullivant Houser Bailey PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail:marilyn.raia@bullivant.com
E-mail:ron.richman@bullivant.com

Attorneys for Plaintiff
Apex Maritime Co. (LAX), Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APEX MARITIME CO. (LAX), INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MAXWORLD LOGISTICS, INC., a New York corporation,<br><br>Defendant. | Case No.: 3:17-cv-01930-LB<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER RE DISMISSAL** |

///

///

///

This action having been settled, it is hereby stipulated that it may be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

DATED: April 3, 2018

BULLIVANT HOUSER BAILEY PC

By /s/ Marilyn Raia
Marilyn Raia

Attorneys for Plaintiff Apex Maritime Co. (LAX), Inc.

DATED: April 3, 2018

HINSHAW & CULBERTSON LLP

By /s/ - with permission
Pamela L. Schultz

Attorneys for Defendant Maxworld Logistics, Inc.

SO ORDERED.

DATED: April 4, 2018

_____
United States Magistrate Judge

4843-7191-3824.1
—2—
STIPULATION AND (PROPOSED) ORDER RE DISMISSAL: Case No.: 3:17-cv-01930-LB